**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **WILLIAM McMICHAEL,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**UNITED STATES DEPARTMENT OF DEFENSE,**<br><br>**Defendant.** | ) | **No. 1:11-cv-02119 (RMC)** |

## NOTICE TO THE COURT

Plaintiff William McMichael and Defendant United States Department of Defense (collectively, the "Parties"), by and through undersigned counsel, hereby give notice to the Court that they have reached an agreement in principle regarding settlement of the above-referenced case. On or before July 19, 2013, the Parties anticipate filing a Stipulation of Settlement and Dismissal with the Court.

Dated: July 10, 2013

Respectfully submitted,


| | |
|---|---|
| */s/ Chad Bowman*<br>CHAD BOWMAN<br>D.C. Bar # 484150<br>LEE LEVINE<br>D.C. Bar # 343095<br>LEVINE SULLIVAN KOCH & SCHULZ, LLP<br>1899 L Street, N.W.<br>Suite 200<br>Washington, D.C. 20036<br>Office: (202) 508-1110<br>Fax: (202) 861-9888<br>Email: CBowman@lskslaw.com<br>Email: LLevine@lskslaw.com<br><br>*Attorneys for Plaintiff* | RONALD C. MACHEN, JR. (D.C. Bar # 447889)<br>United States Attorney<br><br>DANIEL F. VANHORN (D.C. Bar # 924092)<br>Chief, Civil Division<br><br>*/s/ Marian L. Borum*<br>MARIAN L. BORUM (D.C. Bar # 435409)<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 514-6531 (telephone)<br>(202) 514-8780 (facsimile)<br>Marian.L.Borum@usdoj.gov<br><br>*Attorneys for Defendant* |