**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WILLIAM McMICHAEL,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**UNITED STATES DEPARTMENT OF DEFENSE,**<br><br>**Defendant.** | **No. 1:11-cv-02119 (RMC)** |

## STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiff William McMichael ("Plaintiff") and Defendant United States Department of Defense ("Defendant" or "DOD"), (collectively, the "Parties"), by and through their undersigned counsel, hereby enter into this Stipulation of Settlement and Dismissal ("Stipulation") in the above-captioned litigation. Specifically, the Parties stipulate and agree as follows:

## RECITALS

1. On March 27, 2011, Plaintiff sent a Freedom of Information Act ("FOIA") request to the Department of Defense, United States Strategic Command ("USSTRATCOM"), seeking access to the following records:

> a copy of the U.S. Strategic Command Inspector General investigation into a complaint of an allegedly abusive command climate within the command's J4 created by Capt. William Powers from October 2008 to March 2010.

2. On April 11, 2011, Plaintiff sent two additional FOIA requests to USSTRATCOM seeking access to the following records:

> a copy of the U.S. Strategic Command Inspector General investigation into a complaint of an allegedly abusive command climate in the command's J4 from October 2008 to March 2011; and
>
> a copy of the record of payment or payments made to an unknown private firm for the transcription of interviews made during a U.S. Strategic

> Command Inspector General investigation into a complaint of an abusive command climate in the command's J4 from October 2008 to March 2010. . . includ[ing] all relevant information including the amount or amounts of such payments; the dates the payments were made; the specific reason for each payment, such as the number of hours of transcription each payment covered; and for what specific purpose the [sic] were made.

3. The FOIA Requests identified in Paragraphs 1 and 2 shall collectively be referred to as "the Requests."

4. On November 29, 2011, Plaintiff filed the instant civil action.

5. On March 1, 2013, Defendant released the U.S. Strategic Command Inspector General investigation report and addendum to Plaintiff with redactions.

6. On July 15, 2013, Defendant released an updated U.S. Strategic Command Inspector General investigation report and addendum to Plaintiff.

## STIPULATION

1. Plaintiff agrees that he shall not seek to reopen this matter, and as a result this case will pursuant to the Court's Order dated July 10, 2013 automatically be dismissed with prejudice on August 26, 2013 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. In return for Plaintiff's agreement in Paragraph 1 above, the Defendant shall pay Yale Law School the amount of twenty-two thousand dollars ($22,000.00), which sum Plaintiff agrees to accept as full and complete satisfaction of Plaintiff's claims for attorneys' fees and litigation costs under the FOIA in the above-captioned litigation, on or before August 30, 2013.

3. Defendant shall make payment of the total settlement amount, set forth in Paragraph 2 above, by electronic transfer of funds. Plaintiff and Plaintiff's counsel shall co-operate with Defendant to ensure that all documentation required to process this payment is complete and accurate.

4. This Stipulation for compromise settlement is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States, the Department of Defense, their agents, servants, employees, or officers, and is entered into by the Parties for the purpose of compromising disputed claims and avoiding the expense and risks of further litigation.

5. Conditioned upon the Defendant's satisfaction of the terms identified in Paragraph 2, Plaintiff hereby releases, waives, and abandons any and all claims against the United States, the Department of Defense, their agents, servants, employees, and officers, in either their official or individual capacities, arising from or related in any way to the Requests.

6. This Stipulation contains the entire agreement between the Parties hereto and supersedes any and all previous agreements, whether written or oral, between the Parties relating to the subject matter hereof. No promise or inducement has been made except as set forth herein, and no representation or understanding, whether written or oral, that is not expressly set forth herein shall be enforced or otherwise be given any force or effect in connection herewith.

7. The Parties agree that this Stipulation will not be used as evidence or otherwise in any pending or future civil or administrative action against the United States, Department of Defense, or any agency or instrumentality of the United States.

8. The Parties acknowledge that the preparation of this Stipulation for Settlement was collaborative in nature, and so agree that any presumption or rule that an agreement is construed against its drafter shall not apply to the interpretation of this agreement or any term or provision hereof.

9. This Stipulation may be executed in two or more counterparts, each of which shall be deemed to be an original and all of which together shall be deemed to be one and the same

agreement. A facsimile or other duplicate of a signature shall have the same effect as a manually-executed original.

10. Upon execution of this Stipulation for Settlement by all Parties hereto, the Stipulation for Settlement shall be binding upon and inure to the benefit of the Parties and their respective heirs, personal representatives, administrators, successors, and assigns. Each signatory to this Stipulation for Settlement represents and warrants that he or she is fully authorized to enter into this Stipulation on behalf of their clients.

11. Execution and filing of this Stipulation by counsel for the Parties shall constitute a dismissal of this action, with prejudice.

Dated: July 25, 2013

Respectfully submitted,

| | |
|---|---|
| LEE LEVINE<br>D.C. Bar # 343095<br>CHAD BOWMAN<br>D.C. Bar # 484150<br><br>LEVINE SULLIVAN KOCH & SCHULZ, LLP<br>1899 L Street, N.W., Suite 200<br>Washington, D.C. 20036<br>(202) 508-1110 (telephone)<br>(202) 861-9888 (facsimile)<br>Email: CBowman@lskslaw.com<br>Email: LLevine@lskslaw.com<br><br>*Attorneys for Plaintiff* | MARIAN L. BORUM (D.C. Bar # 435409)<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 514-6531 (telephone)<br>(202) 514-8780 (facsimile)<br>Email: Marian.L.Borum@usdoj.gov<br><br>RONALD C. MACHEN, JR.<br>D.C. Bar # 447889<br>United States Attorney<br><br>DANIEL F. VANHORN (D.C. Bar # 924092)<br>Chief, Civil Division<br><br>*Attorneys for Defendant* |